# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TILWANA V. BOONE,<br>　　　　　　　Appellant,<br>vs.<br>OCWEN LOAN SERVICING, LLC,<br>　　　　　　　Respondent. | No. 76026 |

**FILED**

OCT 16 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
　　DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). The clerk shall issue the remittitur forthwith.

It is so ORDERED.

_____, C.J.

cc:　Hon. Rob Bare, District Judge
　　　John Walter Boyer, Settlement Judge
　　　Garman Turner Gordon
　　　Wright, Finlay & Zak, LLP/Las Vegas
　　　Eighth District Court Clerk

18-40573